

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00441-CV

**IN THE INTEREST OF D.M.A.**, L.G.S., K.D.T., and M.A., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01981
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Final Order in Suit Affecting the Parent-Child Relationship and Order of Termination is AFFIRMED. Costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 43.4.

SIGNED February 2, 2022.

_____
Lori I. Valenzuela, Justice